AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-02337-LMM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Clint Rucker
was received by me on *(date)* 08/03/2022 .

☒ I personally served the summons on the individual at *(place)* Garland, Samuel, Loeb (Susan Beale) 3151 Maple Drive NE Atlanta Ga 30305 on *(date)* 08/05/2022 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/05/2022

_____
Server's signature

Christopher Brenlan
Printed name and title

200 Wing Mill Road Atlanta Ga 30305
Server's address

Additional information regarding attempted service, etc: