## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DEVIN BROSNAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File No. |
| v. ) | 1:22-cv-02337-LMM |
| ) | |
| KEISHA LANCE BOTTOMS, et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION FOR EXTENSION OF TIME
## FOR CITY DEFENDANTS TO ANSWER OR OTHERWISE RESPOND
## TO PLAINTIFF'S COMPLAINT

Come now Defendants City of Atlanta and Keisha Lance Bottoms ("City Defendants"), and Plaintiff Devin Brosnan, by and through their undersigned counsel, and hereby stipulate and agree pursuant to Fed. R. Civ. P. 6(b)(1)(a) that the time for City Defendants to file an answer or otherwise respond to Plaintiff's Complaint shall be extended through and including September 9, 2022.

It is further agreed that this stipulation shall in no way be considered a waiver of any of the City Defendants' defenses.

A proposed order is attached for the Court's convenience.

Respectfully submitted, this 19th day of August 2022.

| Prepared and presented by: | Consented by: |
|---|---|
| **KREVOLIN & HORST, LLC** | **LORUSSO LAW FIRM, P.C.** |
| */s/ Joyce Gist Lewis* | */s/ Lance J. LoRusso* |
| Joyce Gist Lewis | Lance J. LoRusso |
| Georgia Bar No. 296261 | Georgia Bar No. 458023 |
| R. David Gallo | Ken Davis |
| Georgia Bar No. 228283 | Georgia Bar No. 705045 |
| 1201 West Peachtree St., NW | 1827 Powers Ferry Road, S.E. |
| Suite 3250 | Atlanta, Georgia 30339 |
| Atlanta, Georgia 30309 | Telephone: (770) 644-2738 |
| Telephone: (404) 888-9700 | Facsimile: (770) 644-239 |
| Facsimile: (404) 888-9577 | lance@lorussolawfirm.com |
| jlewis@khlawfirm.com | *Counsel for Plaintiff* |
| dgallo@khlawfirm.com | |
| *Counsel for City Defendants* | |

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the within and foregoing ***Joint Stipulation for Extension of Time for City Defendants to Answer or Otherwise Respond to Plaintiff's Complaint*** and ***Proposed Order*** with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record:

> Lance J. LoRusso
> Ken Davis
> **LoRusso Law Firm, P.C.**
> 1827 Powers Ferry Road, S.E.
> Atlanta, Georgia 30339
> Telephone: (770) 644-2738
> Facsimile: (770) 644-239
> lance@lorussolawfirm.com
> *Counsel for Plaintiff*

This 19th day of August 2022.

> */s/ Joyce Gist Lewis*
> Joyce Gist Lewis
> Georgia Bar No. 296261

**KREVOLIN & HORST, LLC**
One Atlantic Center
1201 West Peachtree St., NW
Suite 3250
Atlanta, Georgia 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
jlewis@khlawfirm.com