# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DEVIN BROSNAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File No. |
| v. ) | 1:22-cv-02337-LMM |
| ) | |
| KEISHA LANCE BOTTOMS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Having read and considered the parties' joint stipulation for extension of time for Defendants City of Atlanta and Keisha Lance Bottoms ("City Defendants") to answer or otherwise respond to Plaintiff's Complaint, it is hereby ORDERED that City Defendants shall be granted an extension of time to file an answer or otherwise respond to Plaintiff's Complaint through and including September 9, 2022.

**SO ORDERED**, this __19th__ day of __August__, 2022.

_____
Honorable Leigh Martin May
United States District Judge