IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DEVIN BROSNAN | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action File No. |
| | * | 1:22-cv-02337-LMM |
| KEISHA LANCE BOTTOMS, | * | |
| in her Individual and | * | |
| official capacities, | * | |
| PAUL HOWARD, in his Individual | * | |
| and official capacities, | * | |
| DONALD HANNAH, in his Individual | * | |
| and official capacities, | * | |
| CLINT RUCKER, in his Individual | * | |
| and official capacities, | * | |
| CITY OF ATLANTA, GEORGIA, and | * | |
| FULTON COUNTY, GEORGIA | * | |
| | * | |
| Defendants. | * | |

**CONSENT MOTION FOR EXTENSION OF TIME**

COME NOW Plaintiff **Devin Brosnan** and Defendant **Fulton County, Georgia** and file and serve this Consent Motion, in compliance with Local Rule 7.4 and Judge's Standing Orders, stipulating the time within which the Plaintiff shall have to respond to Defendant's Motion to Dismiss (Docket 22), filed on August 19, 2022, through and including September 30, 2022.  Plaintiff previously consented to extensions for Defendants City of Atlanta, Bottoms, and Rucker, which were granted by the Court. [Docs. 24 & 38].  Defendant Howard also filed a Motion for an

Extension which was granted by the Court. [Doc. 36]. Defendants City of Atlanta's, Bottoms', and Howard's extensions expire September 9, 2022. Defendant Rucker's extension expires September 12, 2022.

In support of this request, Plaintiff believes an extension is necessary to effectively respond to all responsive pleadings presently filed in this case and related cases, and those the Plaintiff anticipates are forthcoming between now and September 12, 2022, due to the number and the complexity of the legal issues in question.

This 31st day of August, 2022.

| | |
|---|---|
| **OFFICE OF THE FULTON COUNTY ATTORNEY** | **LORUSSO LAW FIRM, P.C.** |
| | */s/Lance J. LoRusso* |
| */s/ Mathew Plott* | Lance J. LoRusso, Esq. |
| (With expressed permission) | Georgia Bar No. 458023 |
| Mathew Plott | LoRusso Law Firm, P.C. |
| Georgia Bar No. 343501 | 1827 Powers Ferry Road, S.E. |
| Office of the Fulton County Attorney | Atlanta, Georgia 30339 |
| 141 Pryor Street, S.W. | P: 770-644-2738 |
| Suite 4038 | F: 770-644-2379 |
| Atlanta, GA  30303 | lance@lorussolawfirm.com |
| mathew.plott@fultoncountyga.com | *Attorney for Plaintiffs* |
| *Counsel for Defendant Fulton County* | |
| | */s/ Ken Davis* |
| | Ken Davis |
| | Georgia Bar No. 705045 |
| | LoRusso Law Firm P.C. |
| | *Attorneys for Plaintiffs* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DEVIN BROSNAN | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action File No. |
| | * | 1:22-cv-02337-LMM |
| KEISHA LANCE BOTTOMS, | * | |
| in her Individual and | * | |
| official capacities, | * | |
| PAUL HOWARD, in his Individual | * | |
| and official capacities, | * | |
| DONALD HANNAH, in his Individual | * | |
| and official capacities, | * | |
| CLINT RUCKER, in his Individual | * | |
| and official capacities, | * | |
| CITY OF ATLANTA, GEORGIA, and | * | |
| FULTON COUNTY, GEORGIA | * | |
| | * | |
| Defendants. | * | |

## CERTIFICATE OF COMPLIANCE

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in LR 5.1B for documents prepared by computer.

*/s/Lance J. LoRusso*
Lance J. LoRusso, Esq.
Georgia Bar No. 458023
LoRusso Law Firm, P.C.
*Attorney for Plaintiffs*

*/s/Ken Davis*
Ken Davis, Esq.
Georgia Bar No. 705045
LoRusso Law Firm P.C.
ken@lorussolawfirm.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DEVIN BROSNAN | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action File No. |
| | * | 1:22-cv-02337-LMM |
| KEISHA LANCE BOTTOMS, | * | |
| in her Individual and | * | |
| official capacities, | * | |
| PAUL HOWARD, in his Individual | * | |
| and official capacities, | * | |
| DONALD HANNAH, in his Individual | * | |
| and official capacities, | * | |
| CLINT RUCKER, in his Individual | * | |
| and official capacities, | * | |
| CITY OF ATLANTA, GEORGIA, and | * | |
| FULTON COUNTY, GEORGIA | * | |
| | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE

I certify that I electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system.

This 31st day of August, 2022.

>   /s/Lance J. LoRusso
>   Lance J. LoRusso, Esq.
>   Georgia Bar No. 458023
>   LoRusso Law Firm, P.C.
>   lance@lorussolawfirm.com
>   *Attorney for Plaintiffs*

*/s/ Ken Davis*
Ken Davis
Georgia Bar No. 705045
LoRusso Law Firm P.C.
ken@lorussolawfirm.com
*Attorney for Plaintiffs*