# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DEVIN BROSNAN | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action File No. |
| | * | 1:22-cv-02337-LMM |
| KEISHA LANCE BOTTOMS, | * | |
| in her Individual and | * | |
| official capacities, | * | |
| PAUL HOWARD, in his Individual | * | |
| and official capacities, | * | |
| DONALD HANNAH, in his Individual | * | |
| and official capacities, | * | |
| CLINT RUCKER, in his Individual | * | |
| and official capacities, | * | |
| CITY OF ATLANTA, GEORGIA, and | * | |
| FULTON COUNTY, GEORGIA | * | |
| | * | |
| Defendants. | * | |

## ORDER

Plaintiff Devin Brosnan having come before me, and for good cause shown, it is hereby ORDERED that Plaintiff's Consent Motion for Extension of Time to File a Response to Defendant Fulton County's Motion to Dismiss is granted and the deadline is extended until and including September 30, 2022.

This __31st__ day of __August__, 2022.

                                             _____
                                             HONORABLE LEIGH MARTIN MAY
                                             UNITED STATES DISTRICT JUDGE