#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF GEORGIA
#### ATLANTA DIVISION

| | |
|---|---|
| DEVIN BROSNAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File No. |
| v. ) | 1:22-cv-02337-LMM |
| ) | |
| KEISHA LANCE BOTTOMS, et al., ) | |
| ) | |
| Defendants. ) | |

### CONSENT MOTION TO STAY PRELIMINARY DEADLINES

Plaintiff Garrett Rolfe, and Defendants City of Atlanta, Fulton County, Georgia, Keisha Lance Bottoms, Clint Rucker, Paul Howard, and Donald Hannah, II, respectfully request that the Court stay all procedures and requirements of Fed. R. Civ. P. 26 and N.D. Ga. Local Rule 26.1, including the deadline for the Parties to serve initial disclosures, pending the Court's ruling on Defendants' Motions to Dismiss. In support of this Motion, the Parties show the following:

1.  Defendant Fulton County, Georgia filed a motion to dismiss [ECF No. 22] on August 19, 2022.

2.  Defendant Hannah filed a motion to dismiss [ECF No. 35] on August 24, 2022.

3. Defendants City of Atlanta and Bottoms ("City Defendants") jointly filed a motion to dismiss [ECF No. 44] on September 9, 2022.

4. Defendant Howard filed a motion to dismiss [ECF No. 45] on September 9, 2022.

5. Defendant Rucker filed a motion to dismiss [ECF No. 46] on September 12, 2022.

6. Plaintiff plans to file a response to each of Defendants' motions to dismiss and Defendants plan to file replies in support of their respective motions.

7. If the Court grants one or more of the motions to dismiss, it will eliminate the need for discovery with respect to the dismissed Defendant(s) or claim(s). Accordingly, the requested stay will promote judicial economy and efficiency by preventing costly discovery that could potentially be unnecessary.

8. This Court has broad discretion to stay discovery until it resolves these motions. *See Chudasma v. Mazda Motor Corp.,* 123 F. 3d 1353, 1367-68 (11th Cir. 1997). Courts within the Eleventh Circuit routinely find good cause to stay discovery where there is a pending motion to dismiss. *See, e.g., Habib v. Bank of Am. Corp.,* No. 1:10-cv-04079-SCJ-RGV, 2011 WL 2580971, at *6 n.4 (N.D. Ga. Mar. 15, 2011) ("[T]here is good cause to stay discovery obligations until the District Judge rules on [the defendant's] motion to dismiss to avoid undue expense to both

parties."); *Berry v. Canady,* No. 2:09-cv-765-FtM-29SPC, 2011 WL 806230, at *1 (M.D. Fla. Mar. 2, 2011) (quoting *Moore v. Potter,* 141 F. App'x 803, 807 (11th Cir. 2005)) ("[N]either the parties nor the court have any need for discovery before the court rules on the motion [to dismiss].").

9. The Parties do not seek this stay for delay or any improper purpose. Therefore, for the efficiency of the Parties and the Court, the Parties respectfully request that all Rule 26 and N.D. Ga. L.R. 26 deadlines run from the time of the Court's last ruling on Defendants' pending motions to dismiss.

10. A proposed order is attached for the Court's convenience.

Respectfully submitted, this 15th day of September 2022.

<table>
<tr><td>

*/s/ Joyce Gist Lewis*
Joyce Gist Lewis
Georgia Bar No. 296261
R. David Gallo
Georgia Bar No. 228283
**Krevolin & Horst, LLC**
1201 West Peachtree St., NW
Suite 3250
Atlanta, Georgia 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
jlewis@khlawfirm.com
dgallo@khlawfirm.com
*Counsel for City Defendants*

</td><td>

*/s/ Ken Davis*
Lance J. LoRusso
Georgia Bar No. 458023
Ken Davis
Georgia Bar No. 705045
**LoRusso Law Firm, P.C.**
1827 Powers Ferry Road, S.E.
Atlanta, Georgia 30339
Telephone: (770) 644-2738
Facsimile: (770) 644-239
lance@lorussolawfirm.com
*Counsel for Plaintiff*

</td></tr>
</table>

| | |
|---|---|
| */s/ Annarita L. McGovern* | */s/ Eva N. Hill* |
| Annarita L. McGovern | Timothy J. Buckley, III |
| Georgia Bar No. 098141 | Georgia Bar No. 092913 |
| Walter B. Yarbrough | Eva N. Hill |
| Georgia Bar No. 780353 | Georgia Bar No. 145098 |
| **Satcher McGovern LLC** | **Buckley Christopher & Hensel, PC** |
| 288 South Main Street, Suite 100 | 2970 Clairmont Road, NE, Suite 650 |
| Alpharetta, Georgia 30009 | Atlanta, Georgia 30329 |
| amcgovern@satchermcgovernlaw.com | tbuckley@bchlawpc.com |
| wyarbrough@satchermcgovernlaw.com | ehill@bchlawpc.com |
| *Counsel for Defendant Donald Hannah, II* | *Counsel for Defendant Clint Rucker* |
| | |
| */s/ Noah Green* | */s/ Matthew Eli Plott* |
| Noah Green | Mathew Eli Plott |
| Georgia Bar No. 468138 | Georgia Bar No. 343501 |
| **Henefeld & Green, PC** | **Office of the Fulton County Attorney** |
| 3017 Bolling Way NE, Suite 129 | 141 Pryor Street, Suite 4083 |
| Atlanta, GA 30305 | Atlanta, GA 30303 |
| ngreen@henefeldgreen.com | mathew.plott@fultoncountyga.gov |
| *Counsel for Defendant Paul Howard* | *Counsel for Defendant Fulton County* |

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the within and foregoing *Consent Motion to Stay Preliminary Deadlines* and *Proposed Order* with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record:

<div style="column-count:2">

Lawrence J. LoRusso
Ken Davis
**LoRusso Law Firm PC**
1827 Powers Ferry Rd., Bldg. 8
Suite 200
Atlanta, GA 30339
lance@lorussolawfirm.com
ken@lorussolawfirm.com
*Counsel for Plaintiff*

Timothy J. Buckley, III
**Buckley Christopher & Hensel, PC**
2970 Clairmont Road, NE
Suite 650
Atlanta, Georgia 30329
tbuckley@bchlawpc.com
*Counsel for Defendant Clint Rucker*

Noah Green
**Henefeld & Green, PC**
3017 Bolling Way NE
Suite 129
Atlanta, GA 30305
ngreen@henefeldgreen.com
*Counsel for Defendant Paul Howard*

Mathew Eli Plott
**Office of the Fulton County Attorney**
141 Pryor Street, Suite 4083
Atlanta, GA 30303
mathew.plott@fultoncountyga.gov
*Counsel for Defendant Fulton County*

Annarita L. McGovern
Walter B. Yarbrough
**Satcher McGovern LLC**
288 South Main Street, Suite 100
Alpharetta, Georgia 30009
amcgovern@satchermcgovernlaw.com
wyarbrough@satchermcgovernlaw.com
*Counsel for Defendant Donald Hannah, II*

</div>

This 15th day of September 2022.

          */s/ Joyce Gist Lewis*
          Joyce Gist Lewis
          Georgia Bar No. 296261

**KREVOLIN & HORST, LLC**
One Atlantic Center
1201 West Peachtree St., NW
Suite 3250
Atlanta, Georgia 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
jlewis@khlawfirm.com