IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEVIN BROSNAN * <br> * <br> Plaintiff, * <br> * <br> v. * <br> * <br> KEISHA LANCE BOTTOMS, * <br> in her Individual and * <br> official capacities, * <br> PAUL HOWARD, in his Individual * <br> and official capacities, * <br> DONALD HANNAH, in his Individual * <br> and official capacities, * <br> CLINT RUCKER, in his Individual * <br> and official capacities, * <br> CITY OF ATLANTA, GEORGIA, and * <br> FULTON COUNTY, GEORGIA * <br> * <br> Defendants. * | Civil Action File No. <br> 1:22-cv-02337-LMM |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE**

COME NOW Plaintiff **Devin Brosnan**, by and through his attorney's LoRusso Law Firm, with the agreement of the Defendant **Clint Rucker**, through counsel, respectfully request for an additional 21 days, in compliance with Local Rule 7.4 and Judge's Standing Order, to respond to Defendant's Motion to Dismiss (Docket 46) filed on September 12, 2022. Plaintiff previously consented to an extension for Defendant Rucker, which was granted by the court (Docket 38). In support of this request the Plaintiff believes an extension is necessary to effectively

respond to all responsive pleadings presently filed in this case and related cases due to their number and complexity of the legal issues in question. Plaintiff's counsel has communicated with counsel involved and has suggested an alternate deadline to respond by October 17, 2022 to which Defendants' Counsel does not object.

Respectfully submitted this 22nd day of September, 2022.

Respectfully submitted,

| **BUCKLEY CHRISTOPHER, P.C.** | **LORUSSO LAW FIRM, P.C.** |
|---|---|
| /s/ *Timothy J. Buckley III* | */s/Lance J. LoRusso* |
| *(With Express Permission)* | Lance J. LoRusso, Esq. |
| TIMOTHY J. BUCKLEY III | Georgia Bar No. 458023 |
| Georgia Bar No. 092913 | LoRusso Law Firm, P.C. |
| Buckley Christopher, P.C. | 1827 Powers Ferry Road, S.E. |
| 2970 Clairmont Road, NE | Atlanta, Georgia 30339 |
| Suite 650 | P: 770-644-2738 |
| Atlanta, Georgia 30329 | F: 770-644-2379 |
| (404) 633-9230 | lance@lorussolawfirm.com |
| (404) 633-9640 (facsimile) | *Attorney for Plaintiffs* |
| tbuckley@bchlawpc.com | |
| | */s/ Ken Davis* |
| | Ken Davis |
| | Georgia Bar No. 705045 |
| | LoRusso Law Firm P.C. |
| | *Attorneys for Plaintiffs* |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| DEVIN BROSNAN | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action File No. |
| | * | 1:22-cv-02337-LMM |
| KEISHA LANCE BOTTOMS, | * | |
| in her Individual and | * | |
| official capacities, | * | |
| PAUL HOWARD, in his Individual | * | |
| and official capacities, | * | |
| DONALD HANNAH, in his Individual | * | |
| and official capacities, | * | |
| CLINT RUCKER, in his Individual | * | |
| and official capacities, | * | |
| CITY OF ATLANTA, GEORGIA, and | * | |
| FULTON COUNTY, GEORGIA | * | |
| | * | |
| Defendants. | * | |

## CERTIFICATE OF COMPLIANCE

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in LR 5.1B for documents prepared by computer.

*/s/Lance J. LoRusso*
Lance J. LoRusso, Esq.
Georgia Bar No. 458023
LoRusso Law Firm, P.C.
*Attorney for Plaintiffs*

*/s/Ken Davis*
Ken Davis, Esq.
Georgia Bar No. 705045
LoRusso Law Firm P.C.
ken@lorussolawfirm.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DEVIN BROSNAN | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action File No. |
| | * | 1:22-cv-02337-LMM |
| KEISHA LANCE BOTTOMS, | * | |
| in her Individual and | * | |
| official capacities, | * | |
| PAUL HOWARD, in his Individual | * | |
| and official capacities, | * | |
| DONALD HANNAH, in his Individual | * | |
| and official capacities, | * | |
| CLINT RUCKER, in his Individual | * | |
| and official capacities, | * | |
| CITY OF ATLANTA, GEORGIA, and | * | |
| FULTON COUNTY, GEORGIA | * | |
| | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE

I certify that I electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system.

This 22nd day of September, 2022.

                                   */s/Lance J. LoRusso*
                                   Lance J. LoRusso, Esq.
                                   Georgia Bar No. 458023
                                   LoRusso Law Firm, P.C.
                                   lance@lorussolawfirm.com
                                   *Attorney for Plaintiffs*

*/s/ Ken Davis*
Ken Davis
Georgia Bar No. 705045
LoRusso Law Firm P.C.
ken@lorussolawfirm.com
*Attorney for Plaintiffs*