UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEVIN BROSNAN,<br>　　　　　Plaintiffs,<br><br>v.<br><br>KEISHA LANCE BOTTOMS, *et al.*<br>　　　　　Defendants, | No.: 1:22-cv-02337-LMM |

**PROPOSED ORDER**

　　The Court, upon consideration of Plaintiff's Motion for Leave to File First Amended Complaint and Brief in Support of the Same, it is hereby ORDERED that Plaintiff's Motion to File First Amended Complaint is GRANTED. To the extent required, it is hereby Ordered that, in the interests of justice, any and all claims will relate back and shall be considered timely filed.

　　Plaintiff is hereby ORDERED to recast his First Amended Complaint to ensure that new claims are not asserted against all Defendants. Plaintiff must file his First Amended Complaint on or before ten (10) days from the entry of this order and perfect service as required under Rule 4 of the Federal Rules of Civil Procedure. Defendants shall be required to file their answers or responsive pleadings as required

under the Federal Rules of Civil Procedure.

The Parties are hereby ORDERED to adopt the style of the case as reflected in Plaintiff's First Amended Complaint.

This _____ day of November, 2022.

_____
HONORABLE LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE