**BUCKLEY CHRISTOPHER HENSEL**
Attorneys at Law

2970 Clairmont Road, NE
Suite 650
Atlanta, Georgia  30329

404.633.9230 ~ telephone
404.633.9640 ~ facsimile
www.bchlawpc.com

February 15, 2023

Mr. Kevin P. Weimer, Clerk of Court
U.S. District Court, Northern District of Georgia
Atlanta Division
75 Ted Turner Drive, S.W., Room 2211
Atlanta, Georgia 30303-3361

      **Re:** **Devin Brosnan v. Keisha Lance Bottoms, et al**
           **U.S.D.C. Northern District of Georgia (Atlanta)**
           **Civil Action File No.: 1:22-cv-02337-LMM**

Dear Mr. Weimer:

    Pursuant to Local Rule 83.1(E)(3), I am requesting a leave of absence for personal/family vacation.  I respectfully request that the above-referenced case not be calendared during the following dates: May 24-31, 2023 and June 15-27, 2023 for family vacation.

    Thank you for your consideration.

                                Best Regards,

                                /s/ Timothy J. Buckley, Esq.
                                Timothy J. Buckley III, Esq.
                                GA State Bar No. 092913
                                **BUCKLEY CHRISTOPHER &**
                                **HENSEL, P.C.**

cc:    Attorneys of Record